# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Nordberg, John A. | 2. Court or Organization<br><br>Northern District of Illinois | 3. Date of Report<br><br>8/15/2011 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
|---|---|---|

| 7. Chambers or Office Address<br><br>Chambers 1886<br>219 South Dearborn Street<br>Chicago, Illinois 60604-1706 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee - non-paid | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Nordberg, John A.**

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 8/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 8/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 8/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mylan Labs, Inc. C.S. | | None | L | T | | | | | |
| 2. Valspar Corp. C.S. | D | Dividend | N | T | | | | | |
| 3. Sprint Nextel Corp. C.S. | | None | K | T | | | | | |
| 4. Waste Management C.S. | A | Dividend | J | T | | | | | |
| 5. Dreyfus W.W.D.M.M.F. | | None | J | T | | | | | |
| 6. Fidelity Select Health M.F. | A | Dividend | L | T | | | | | |
| 7. Nicholas M.F. | A | Distribution | J | T | | | | | |
| 8. Nicholas II M.F. | A | Distribution | L | T | | | | | |
| 9. Nicholas Ltd. M.F. | A | Distribution | J | T | | | | | |
| 10. T.R. Price Int'l Disc. M.F. | A | Distribution | K | T | | | | | |
| 11. T.R. Price Int'l Stk. M.F. | A | Distribution | K | T | | | | | |
| 12. T.R. Price Sci-Tech. M.F. | | None | K | T | | | | | |
| 13. Columbia Mid-Cap Growth F. | C | Distribution | M | T | | | | | |
| 14. American Century Ultra M.F. | B | Dividend | N | T | | | | | |
| 15. Fidelity Div. Growth M.F. IRA | D | Distribution | M | T | Sold (part) | 12/31/10 | K | | Redemption MRD |
| 16. Illinois Judges' Retir. Pension | F | Distribution | N | W | | | | | |
| 17. AIM Health Sicens F. | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 8/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U.S. Bancorp C.S. | A | Dividend | K | T | | | | | |
| 19. Gabelli Global Telecomm. F. | A | Distribution | K | T | | | | | |
| 20. Trust #1 – See VIII | C | Royalty | J | W | | | | | |
| 21. ComCast Corp. New Class A C.S. | A | Dividend | J | T | | | | | |
| 22. Wells Fargo Co.. | A | Dividend | K | T | | | | | |
| 23. Wells Fargo Common Stock Mutual Fund | | None | L | T | | | | | |
| 24. Pfizer Corp. C.S. | A | Dividend | J | T | | | | | |
| 25. Charles Schwab M.M.F. | A | Interest | J | T | | | | | |
| 26. Janus Overseas M.F. | A | Dividend | K | T | | | | | |
| 27. Paychex C.S. | A | Dividend | K | T | | | | | |
| 28. General Dynamics | A | Dividend | K | T | | | | | |
| 29. AT&T Corp. | C | Dividend | K | T | | | | | |
| 30. Western Union Co. | A | Dividend | J | T | | | | | |
| 31. ▓▓▓▓ Investments | | | | | | | | | |
| 32. AT&T Corp. | B | Dividend | K | T | | | | | |
| 33. DeVry Inc. C.S. | A | Dividend | J | T | | | | | |
| 34. CenturyLink Inc.(formerly CenturyTel Inc.) | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 8/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Diamond Hill Finl Trends | | None | J | T | | | | | |
| 36. Johnson & Johnson C.S. | C | Dividend | L | T | | | | | |
| 37. Kilroy Realty C.S. | A | Dividend | K | T | | | | | |
| 38. Eli Lilly & Co. C.S. | B | Dividend | J | T | | | | | |
| 39. M.G.I.C. C.S. | | None | J | T | | | | | |
| 40. Mylan Labs | | None | J | T | Sold (part) | 07/27/10 | J | | |
| 41. | | | | | Sold (part) | 08/19/10 | J | | |
| 42. Northern Trust C.S. | A | Dividend | J | T | | | | | |
| 43. Paychex Inc. C.S. | A | Dividend | J | T | Sold (part) | 07/27/10 | J | | |
| 44. | | | | | Buy (add'l) | 10/13/10 | J | | |
| 45. Sprint Nextel Corp. | | None | J | T | | | | | |
| 46. Windstream C.S. | A | Dividend | J | T | | | | | |
| 47. Columbia Acorn Int'l F. | A | Dividend | K | T | | | | | |
| 48. Evergreen M.M. Trust | A | Dividend | J | T | | | | | |
| 49. Nicholas F. | A | Dividend | M | T | | | | | |
| 50. Berkshire Hathaway Cl. B | | None | J | T | Sold (part) | 07/27/10 | J | | |
| 51. M&I Bank Baird M.M.F. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 8/15/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Charles Schwab M.M.F. | A | Interest | J | T | | | | | |
| 53. Chase Bank Checking | A | Interest | J | T | | | | | |
| 54. Fidelity Div. Growth IRA | D | Distribution | L | T | Part. Redemp | 12/31/10 | J | | |
| 55. Gabelli Global Telecom M.F. | A | Distribution | J | T | | | | | |
| 56. Wells Fargo Co. | B | Distribution | L | T | | | | | |
| 57. Wells Fargo Common Stock Mutual Fund | A | Dividend | L | T | | | | | |
| 58. Eli Lilly & Co. | A | Dividend | J | T | Buy | 03/12/10 | J | | |
| 59. | | | | | Sold (part) | 07/27/10 | J | | |
| 60. Brown-Forman Corp Cl. B | A | Dividend | | | Sold (part) | 08/19/10 | J | | |
| 61. | | | | | Sold | 11/24/10 | J | | |
| 62. Eaton Vance Corp. | A | Dividend | J | T | Sold (part) | 07/27/10 | J | | |
| 63. Fastenal Company | A | Dividend | | | Sold | 04/13/10 | J | | |
| 64. Fiserv Inc. | | None | J | T | | | | | |
| 65. Markel Corp. | | None | J | T | Sold (part) | 07/27/10 | J | | |
| 66. Sigma Aldrich Corp. | A | Dividend | J | T | Sold (part) | 07/27/10 | J | | |
| 67. Chevron Corp. C.S. | A | Dividend | J | T | Sold (part) | 08/19/10 | J | | |
| 68. Intersections Inc. | | None | | | Sold | 05/14/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 8/15/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Roche Holding Limited Sponsored ADR | A | Dividend | J | T | | | | | |
| 70. | | | | | Buy (add'l) | 09/01/10 | J | | |
| 71. | | | | | Sold (part) | 07/27/10 | J | | |
| 72. | | None | | | Sold (part) | 10/08/10 | J | | |
| 73. SPDR Gold Trust Gold Shares | | None | J | T | | | | | |
| 74. Cisco Systems Inc. | | None | J | T | Sold (part) | 07/27/10 | J | | |
| 75. | | | | | Buy (add'l) | 11/11/10 | J | | |
| 76. Integrys Energy Group | A | Dividend | | | Sold (part) | 07/27/10 | J | | |
| 77. | | | | | Sold | 09/03/10 | J | | |
| 78. Microsoft Corp | A | Dividend | J | T | Sold (part) | 08/19/10 | J | | |
| 79. Oracle | | None | J | T | Sold (part) | 08/19/10 | J | | |
| 80. Pepsico Inc. | A | Dividend | J | T | Sold (part) | 08/19/10 | J | | |
| 81. Pfizer Inc. | A | Dividend | J | T | Sold (part) | 07/27/10 | J | | |
| 82. Procter & Gamble Co | A | Dividend | J | T | Sold (part) | 08/19/10 | J | | |
| 83. Quidel Corp | | None | J | T | Buy (add'l) | 04/09/10 | J | | |
| 84. | | | | | Sold (part) | 07/27/10 | J | | |
| 85. | | | | | Buy (add'l) | 10/13/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 8/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   Wal-Mart Stores Inc. | A | Distribution | | | Sold | 03/12/10 | J | | |
| 87.   Abbott Laboratories | A | Dividend | J | T | Sold (part) | 08/19/10 | J | | |
| 88.   Baird Core Plus Bond | C | Dividend | | | Buy (add'l) | 07/28/10 | L | | |
| 89. | | | | | Buy (add'l) | 08/19/10 | K | | |
| 90. | | | | | Sold | 10/28/10 | M | | |
| 91.   Exelon Corp. | | None | J | T | Buy | 12/15/10 | J | | |
| 92.   FirstEnergy Corp. | | None | J | T | Buy | 12/15/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Nordberg, John A. | 8/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#21. Trust #1 -- sole assets: cash and partial interest in oil and gas rights in Texas County, Oklahoma. As of December 31, 2010, I was one of the remaining 4 beneficiaries with approximately 1/4 interest in Trust.

Alltel C.S. was sold as part of a merger in 2007 and that sale was inadvertently omitted from the 2007 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John A. Nordberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544